```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                      Case No. 01-cr-001-01-SM

George Wassouf

ORDER

Re: Document No. 239, Motion for Leave to File Reply to Respondent's Response to Petition for Writ of Error Coram Nobis

Ruling:  Granted in part.  Petitioner may file a reply on or before November 1, 2010.  Given that petitioner has been deported and lives in Syria, he may file his reply by email.  The clerk shall provide a copy of the government's responses to petitioner at the email address provided in his motion, and shall provide petitioner with an email address to which he may send his reply.  The petition appears on its face to be beyond the applicable one-year limitations period, and petitioner should address that issue in his reply.

                                          _____
                                          Steven J. McAuliffe
                                          Chief Judge

Date:  October 6, 2010

cc:  Aixa Maldonado, AUSA
     George Wassouf, pro se